JANE DARCY, Appellant, *v.* THE PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK, Respondent.

*Darcy* v. *Presbyterian Hospital, City of New York,* 150 App. Div. 930, affirmed.
(Argued January 26, 1914; decided February 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1912, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action by plaintiff to recover damages for injury to her feelings caused by an autopsy on the body of her son, alleged to have been performed at the instance of the defendant hospital and in violation of her right to receive the body for the purpose of burial in the condition in which it had been at the time of his death.

*Carlisle Norwood* for appellant.

*Robert Thorne* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE and COLLIN, JJ. Dissenting: WILLARD BARTLETT, Ch. J., and HOGAN, J. Not sitting: MILLER, J.